

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-13-00857-CV

**IN THE INTEREST OF JLA,** a Child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02800
Honorable Richard Garcia, Judge Presiding

## O R D E R

The Appellant's Request for Extension of Time to File Brief is GRANTED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court